**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES L. WILLIAMS, | ) | No. C 04-2086 MMC (PR) |
| Plaintiff, | ) ) | **ORDER GRANTING EXTENSION OF TIME; DENYING MOTION FOR DEFAULT JUDGMENT** |
| v. | ) ) ) | |
| MARTHA CAMPOS, M.D., et al., | ) ) | |
| Defendants. _____ | ) ) ) | (Docket Nos. 25 & 27) |

Plaintiff Charles Williams, a California prisoner currently incarcerated in San Quentin State Prison ("SQSP") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983 against various Alameda County officials, alleging the violation of his constitutional rights while he was housed at the Alameda County jail. On April 29, 2005, the Court ordered defendants to either file a dispositive motion or to notify the Court that they are of the opinion that the case cannot be so resolved. Good cause appearing, defendants' second request for an extension of time in which to file a dispositive motion, to and including **November 19, 2005**, is GRANTED. Plaintiff's motion for a five million dollar default judgment is DENIED.

This order terminates Docket Nos. 25 & 27.

IT IS SO ORDERED.

DATED: October 19, 2005

_____
MAXINE M. CHESNEY
United States District Judge